UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Noel L. Hillman |
| v. | : | Crim. No. 14-633 (NLH) |
| ROBERT S. ARMSTRONG | : | |

## ORDER OF VOLUNTARY SURRENDER AND DETENTION

This matter having come before the Court during a status conference and hearing on May 20, 2015, at the request of the defendant Robert S. Armstrong, by and through his counsel, Rocco C. Cipparone, Jr., Esquire; the defendant having requested to voluntarily surrender and to have his bail revoked in light of a pending agreement between the defendant and the government regarding non-trial disposition;

IT IS on this 4th day of June, 2015, hereby ORDERED that pursuant to the defendant's voluntary surrender on May 20, 2015, that the defendant shall be detained pending further proceedings in this matter unless and until further order of the Court.

HON. NOEL L. HILLMAN
United States District Judge

CONSENTED TO::

ROCCO C. CIPPARONE, JR., ESQ.
Attorney for Robert S. Armstrong

Dated: June 4, 2015

DIANA VONDRA CARRIG, ESQ.
Assistant U.S. Attorney

Dated: June 4, 2015