UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE

JUNE 12, 2015
DATE OF PROCEEDINGS

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket #   CRIM 14-00633 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
         v.

ROBERT S. ARMSTRONG
         DEFENDANT PRESENT

APPEARANCES:
Williams and David C. Wolk for Diana V, Carrig, AUSAs for Government
Rocco Cipparone Jr., Esq. for Defendant.

NATURE OF PROCEEDINGS:    PLEA RETRACTION
Ordered defendant sworn; defendant sworn.
PLEA:  Defendant retracted his plea of Not Guilty to Count One
       of the Twelve Count Superseding Indictment and entered a plea of GUILTY
       to Count One of the Twelve Count Indictment.
Terms of stipulated plea agreement read into the record.
Ordered decision reserved on acceptance of stipulated plea pending the preparation of the final pre-sentence report by U.S. Probation Office.
Stipulated Plea and Rule 11 documents filed.
Ordered Sentencing hearing set for **Friday, September 25, 2015 at 10:30 a.m., Courtroom 3A.**
Ordered defendant is remanded to the custody of the U.S. Marshal.

Time commenced: 10:26 a.m.  Time Adjourned: 11:06 p.m.   Total Time: 40 min.

s/*Gladys Novoa*
DEPUTY CLERK